**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **M&C Fabrication, L.L.C.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **8   2 – 3   0   8   3   8   1   3** |

4. Debtor's address

**Principal place of business**

**15835 Kimberlee Street**
Number    Street

**Houston**          **TX**   **77049**
City                  State   ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

**15360 Vantage Parkway West**
Number    Street

P.O. Box

**Houston**          **TX**   **77032**
City                  State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                  State   ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____



Debtor __M&C Fabrication, L.L.C._____          Case number (if known) _____

| | |
|---|---|

**7.   Describe debtor's business**

*A. Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B. Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__3__  __3__  __2__  __9__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.   *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor __M&C Fabrication, L.L.C._____     Case number (if known) _____

| | | |
|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____     When _____     Case number _____
MM / DD / YYYY

District _____     When _____     Case number _____
MM / DD / YYYY

District _____     When _____     Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____     Relationship _____

District _____     When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____     Relationship _____

District _____     When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **M&C Fabrication, L.L.C.** _____   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                               State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **M&C Fabrication, L.L.C.** _____    Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/02/2021**
MM / DD / YYYY

X **/s/ Haiqing Mei**      _Haiqing Mei_
Signature of authorized representative of debtor

**Haiqing Mei**
Printed name

**President**
Title

18.  **Signature of attorney**

X **/s/ Wai Ping Cheung**      Date  **09/02/2021**
Signature of attorney for debtor            MM / DD / YYYY

**Wai Ping Cheung**
Printed name

**Carmen Wai Ping Cheung, PLLC**
Firm name

**Carmen Wai Ping Cheung**
Number        Street

**5959 West Loop South**

| **Bellaire** | **TX** | **77401** |
|---|---|---|
| City | State | ZIP Code |

| **(713) 266-8856** | **lawjustice@sbcglobal.net** |
|---|---|
| Contact phone | Email address |

| **24031942** | |
|---|---|
| Bar number | State |

**Fill in this information to identify the case**

Debtor name  **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Chase Business Checking account** | **Checking account** | 9  6  8  8 | **$16,135.42** |

4. **Other cash equivalents**   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$16,135.42**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **M&C Fabrication, L.L.C.**                                    Case number (if known) _____
            Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  **commerical general liability insurance covering the period from 10/30/2020 to 10/30/2021 paid in October 2020 in the amount of $7649.00.**

**The insured are M&C Fabrication, LLC and M&C Pump Americas, LLC**

**The premiums were paid by M&C Pump Americas, LLC.**                                              **Unknown**

8.2.  **personal property insurance covering the period from 5/30/2021 to 5/30/2022 paid in May 2021 in the amount of $15,280.00.**

**The insured are M&C Fabrication, LLC and M&C Pump Americas, LLC.**

**The premiums were paid by M&C Pump Americas, LLC.**                                              **$0.00**

**9.**  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                                **$0.00**

---

### Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.**  **Accounts receivable**

11a.  90 days old or less:    **$0.00** − **$0.00** = ..............➔ **$0.00**
           face amount       doubtful or uncollectible accounts

11b.  Over 90 days old:    **$1,200.00** − **$0.00** = ..............➔ **$1,200.00**
           face amount       doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                            **$1,200.00**

---

### Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

---

Debtor  **M&C Fabrication, L.L.C.**                                  Case number (if known) _____
       _____
       Name

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**

    Add lines 14 through 16.  Copy the total to line 83.                          | **$0.00** |

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | MM/DD/YYYY | | | |

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

    Add lines 19 through 22.  Copy the total to line 84.                          | **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops--either planted or harvested**

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

---

Debtor  __M&C Fabrication, L.L.C._____    Case number (if known) _____
         Name

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    | **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 4 desks $1000, 8 chairs $160, 1 conference table $221, 1 breakroom table $100 | $0.00 | garage sale value | $1,481.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 HP computers $291,1 Brother all-in-one printer $100, 1 internet modem & router $20, 2 desk phones $40, 3 filing cabinets $150, 1 refrigerator $100, 1 microwave $20, 1 coffee machine $10, trash cans $20, 1 storage rack $10, stationery $10 | $0.00 | garage sale value | $771.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                   | **$2,252.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   __M&C Fabrication, L.L.C._____        Case number (if known) _____
         Name

---

**Part 8:   Machinery, equipment, and vehicles**

---

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **1 air compressor $336, 1 power supply station $1600, 1 fire equipment $10, 3 welding machines $3390** | **$0.00** | **garage sale value** | **$5,336.00** |
| **main building camera system installed in 2018 by ADT, which includes;** | | | |
| **2 sets of outdoor bullet, 3Mp, H265+, 4mm, day/night, 120dB WDR, EXIR 2.0 (50m), IP67, PoE/12VDC** | | | |
| **1,500 of 24/ 4PR CAT5E CM WHITE 1M** | | | |
| **cost of installment and equipment was $6195.47** | | | |
| **1 universal replacement kit for 320P1 upgrade pak-board** | | | |
| **1 outdoor bullet, 3MP, H265+, 2.8MM, day/night, 120dB WDR, EXIR 2.0 (50m), IP67, PoE/12VDC** | | | |
| **100 conduit EMT 1/inch per ft** | | | |
| **1 HDMI-HDMI cable 50' black** | | | |
| **1 kit Nvr 8Ch 2Tb 6 Tur 4Mp 2.8m** | **$0.00** | **garage sale value** | **$1.00** |

---



Debtor    __M&C Fabrication, L.L.C._____    Case number (if known) _____
              Name

**1 burglar alarm system installed in August 2018 which includes:**

**1 univeral replacement kit for 320P1 ukpgrade pak-board only**
**2 pro 1 large fix-eng keypads (hardwire)**
**1 system enhancement module-Verizon for vista 10P-15P-20P(LTE)**
**1 dual tone siren**
**1 PET immune dual tec K-band motion sensor with form "C relay, range 35' x 40'**
**3 PET immune dual tec K-band motion sensor with form "C relay, range 35' x 40'**
**4 contact, surface mounts, white with logo**
**3 overhead door contact SPST, adjustable magnet with L-bracket, 2 3/8" standard gap, 24" armored cable, UL**
**1 wired 8 - zone expander**

| **cost of equipment and installment was $719.00** | **$0.00** | garage sale | **$1.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

|  | **$5,338.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1. 15835 Kimberlee Street<br>Houston, TX 77<br>3.44 acres and 20088 sq ft, lot 4 of Kimbelee<br>office/warehouse in industrial park in Kimbelee, Lot 4, Harris County, Texas**<br><br>**sublease for 34 months and 16 days from 2/15/2020 through 12/31/2022 from M&C Pump Americas, LLC** | **leasehold interest** | **Unknown** | | **Unknown** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

|  | **$0.00** |

Debtor   **M&C Fabrication, L.L.C.**                                          Case number (if known) _____
          Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| security alarm license, non-transferrable | $0.00 | garage sale value | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

---

Debtor     **M&C Fabrication, L.L.C.**                                      Case number *(if known)* _____
                Name

**loan to M&C Pump Americas, LLC**
**15360 Vantage Parkway West, Houston, TX**
**77032**

| | | | | |
|---|---|---|---|---|
| **the loan is offset by the debt of $346,619.55 owed to M&C Pump Americas, LLC for rent payments** | **$24,365.81** – | **$24,365.81** = ➔ | | **$0.00** |
| | Total face amount | doubtful or uncollectible amount | | |

| | | | | |
|---|---|---|---|---|
| **Debtor loaned $200,000.00 to Nagamori Trade, LLC, located at 15360 Vantage Parkway West, Houston, TX 77032,  in 2020. No promissory note.** | **$200,000.00** – | **$200,000.00** = ➔ | | **$0.00** |
| | Total face amount | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   | | |
   |---|---|
   | **insurance policy with Century Surety Company for covering personal property located at 15360 Vantage Parkway West, Houston, TX 77032.** **The insurance period from 5/30/2021 through 5/30/2022** | **Unknown** |
   | **commercial general liability insurance with Evanston Insurance company for M&C Fabrication, LLC and M&C Pump Americas, LLC at 15360 Vantage Parkway West, Houston, TX 77032** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   | | |
   |---|---|
   | **1 business sign** | **$1.00** |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                     | **$1.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | **M&C Fabrication, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,135.42 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,200.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,252.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,338.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* .................................................. ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $24,926.42 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................ | | $24,926.42 |

**Fill in this information to identify the case:**

Debtor name **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**M&C Pump Americas, LLC** | Describe debtor's property that is<br>subject to a lien | $346,619.55 | $7,589.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**15360 Vantage Parkway West**

**sch B**

Describe the lien

**Agreement**

**Houston         TX    77032**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **5/2020 - 7/2021**

Last 4 digits of account
number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**rent payments from May 2020 through July 2021**

**contractual lien on all property located in the subleased premises per Commercial Sublease signed on 2/20/2020.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**                                                                $346,619.55

**Fill in this information to identify the case:**

Debtor name **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____   Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | electricity contract<br>Contract to be REJECTED | **Cirro Energy**<br>**910 Louisiana Street**<br>**16th Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**     **TX**    **77002** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | commercial sublease of the office/warehouse located at 15835 Kimberlee Street, Houston, TX 77049<br>Contract to be REJECTED | **M&C Pump Americas, LLC**<br>**15360 Vantage Parkway West** |
| | State the term remaining | 16 payment(s) | |
| | List the contract number of any government contract | | **Houston**     **TX**    **77032** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | legal representation as general counsel and as counsel for the personal injury case under case 2018-46450 in 80th District court of Harris county, Texas<br>Contract to be REJECTED | **Nguyen & Chen, LLP**<br>**11200 Westheimer Road, #120** |
| | State the term remaining | | **Houston**     **TX**    **77042** |
| | List the contract number of any government contract | | |



**Fill in this information to identify the case:**

Debtor name    **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.1 Enerflex Energy System Inc.** | **CT Corporation System**<br>Number      Street<br>**1999 Bryan Street, #900**<br>**Dallas**          **TX  75201**<br>City              State  ZIP Code | | **Pedro R. Martinez** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2 M&C Pump Americas, LLC** | **15360 Vantage Parkway West**<br>Number      Street<br><br>**Houston**        **TX  77032**<br>City              State  ZIP Code | | **Kimberlee Partners, LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3 MC Wielding & Fabrication, Inc.** | **Keith McLendon**<br>Number      Street<br>**8337 Up Rive Road**<br>**Corpus Christi**    **TX  78409**<br>City              State  ZIP Code | | **Pedro R. Martinez** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4 Petrofab Management, Inc.** | **Charles Wist**<br>Number      Street<br>**Wist Holland & Kehlhof**<br>**Houston**        **TX  77080**<br>City              State  ZIP Code | | **Pedro R. Martinez** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **M&C Fabrication, L.L.C.**                              Case number (if known) _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.5** | **Wield One Service** | **Jesus Salinas**<br>Number        Street<br>**6702 Providence View Lane**<br>**Houston**          **TX**   **77049**<br>City                      State   ZIP Code | **Pedro R. Martinez** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................ | **$24,926.42** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................... | **$24,926.42** |

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$346,619.55** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........... | **+ $161,504.00** |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................ | **$508,123.55** |

**Fill in this information to identify the case and this filing:**

Debtor Name **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/02/2021**          X /s/ Haiqing Mei    *Haiqing Mei*
    MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                    **Haiqing Mei**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>M&C Fabrication, L.L.C.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br/>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:     Income

**1.     Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | | Sources of revenue<br/>Check all that apply. | Gross revenue<br/>(before deductions<br/>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2021**<br/>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br/>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2020**<br/>MM / DD / YYYY | to | **12/31/2020**<br/>MM / DD / YYYY | ☑ Operating a business<br/>☐ Other _____ | **$600,180.00** |
| **For the year before that:** | From **01/01/2019**<br/>MM / DD / YYYY | to | **12/31/2019**<br/>MM / DD / YYYY | ☑ Operating a business<br/>☐ Other _____ | **$2,849,256.00** |

**2.     Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

**3.     Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **M&C Fabrication, L.L.C.**                                        Case number (if known) _____
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Pedro R. Martinez vs MC Welding & Fabrication, Inc., etal** | **personal injury, negligence, respondeat  superior, joint & several liability, vicarious liability, joint enterprise relationsjip, superior non-employee liabiliity, gross negligence, res ipsa loquitur** | **80th Judicial District** Name **201 Caroline** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number  **2018-46450** | | **Houston**      **TX**   **77002** City               State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **M&C Fabrication, L.L.C.**                                    Case number (if known) _____
         Name

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Part 6:** | **Certain Payments or Transfers** |

11.   **Payments related to bankruptcy**
      List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wai Ping Cheung** | | **8/8/2021** | **$8,450.00** |
| | Address | | | |
| | **5959 West Loop South, #242** | | | |
| | Street | | | |
| | | | | |
| | **Bellaire**          **TX**     **77401** | | | |
| | City                 State    ZIP Code | | | |
| | Email or website address | | | |
| | **lawjustice@sbcglobal.net** | | | |
| | Who made the payment, if not debtor? | | | |

12.   **Self-settled trusts of which the debtor is a beneficiary**
      List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
      Do not include transfers already listed on this statement.

☑ None

---

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        *HM*          page 3

Debtor   __**M&C Fabrication, L.L.C.**_____   Case number (if known) _____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
         ☐ No.  Go to Part 10.
         ☐ Yes.  Fill in below:

Debtor   **M&C Fabrication, L.L.C.**                                      Case number (if known) _____
         <sub>Name</sub>

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **M&C Pump Americas, LLC** <br> <sub>Name</sub> <br><br> **15360 Vantage Parkway West** <br> <sub>Street</sub> <br><br><br> **Houston      TX    77032** <br> <sub>City                State   ZIP Code</sub> | **15835 Kimberlee Street** <br><br><br> **Houston          TX    77049** | **1 QA-6500 drill machine $425,** <br> **1 DB500 dustless blaster $3700** <br> **1 paint booth $3550** <br> **1 Toyota fortlift 8FD8oU, 8FD8oU-11051 $8575 1 welding machine model No:416 $4547** | **$20,797.00** |

Debtor   **M&C Fabrication, L.L.C.**                                    Case number (if known) _____
_____
Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | Name and address | | Dates of service | |
    |---|---|---|---|
    | 26a.1. | **Sue Ann Ma** <br> Name <br> **7001 Corporate, #100** <br> Street <br> <br> **Houston**            **TX**      **77036** <br> City                         State     ZIP Code | From  **10/3/2017**   To  **now** | |

Debtor    **M&C Fabrication, L.L.C.**                                      Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  **Sue Ann Ma** | From **10/3/2017** To **now** |
| Name | |
| **7001 Corporate, #100** | |
| Street | |
| | |
| **Houston**          **TX**      **77036** | |
| City          State      ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Sue Ann Ma** | |
| Name | |
| **7001 Corporate, #100** | |
| Street | |
| | |
| **Houston**          **TX**      **77036** | |
| City          State      ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Haiqing Mei** | **15360 Vantage Parkway West Houston, TX 77032** | **President / owner** | **50%** |
| **Xuanfeng Chen** | **15360 Vintage Parkway West Houston, TX 77032** | **Vice President / owner** | **50%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **M&C Fabrication, L.L.C.** _____   Case number (if known) _____
     Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

---

**Part 14:**   **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/02/2021**_____
     MM / DD / YYYY

**X** **/s/ Haiqing Mei**  *Haiqing Mei*_____   Printed name   **Haiqing Mei**_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor **M&C Fabrication, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

_____

_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor  **M&C Fabrication, L.L.C.**                                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

Harris County

☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. Box 4049

Basis for the claim:

Houston                    TX    77210          **business personal property tax**

Date or dates debt was incurred    2021

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

Kimberlee Partners, LP

☐ Contingent
☐ Unliquidated
☐ Disputed

7720 Westview Dr.,

Basis for the claim:

Houston                    TX    77055          **Unpaid rents**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*                                **$161,504.00**

M&C Pump Americas, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

15360 Vantage Parkway West

Basis for the claim:

Houston                    TX    77032          **unpaid Debt**

Date or dates debt was incurred    2020

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

Pedro R. Martinez

☑ Contingent
☑ Unliquidated
☑ Disputed

Scott R. Brann

Brann Sullivan

602 Sawyer Street, #700

Basis for the claim:

Houston                    TX    77007          **personal injury claim / negligence**

Date or dates debt was incurred    6/15/2018

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    **M&C Fabrication, L.L.C.**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.     **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**     **$161,504.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     **$161,504.00** |

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **M&C Fabrication, L.L.C.**

Case No.  _____

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................Fixed Fee: | **$8,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$8,000.00** |
| Balance Due............................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **A.Representation of the Debtors in an adversary proceeding, either as a plaintiff or a defendant.**
    **B.Representation of the Debtors in a contested matter**
    **C.Representation of the Debtors in any matter in which the Court orders fee shifting pursuant to which
    fees are to be paid by a person other than the Debtors.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/02/2021** | **/s/ Wai Ping Cheung** | |
| *Date* | *Wai Ping Cheung* | Bar No.  24031942 |
| | Carmen Wai Ping Cheung, PLLC | |
| | Carmen Wai Ping Cheung | |
| | 5959 West Loop South | |
| | Suite #242 | |
| | Bellaire, Texas 77401 | |
| | Phone: (713) 266-8856 / Fax: (713) 266-5001 | |

---

**/s/ Haiqing Mei**  *Haiqing Mei*
**Haiqing Mei**
**President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **M&C Fabrication, L.L.C.**                                   CASE NO

                                                                                    CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _9/2/2021_____            Signature   **/s/ Haiqing Mei**   *Haiqing Mei*
                                                                                 **Haiqing Mei**
                                                                                 **President**

Date _____            Signature   _____

*HM*

Cirro Energy
910 Louisiana Street
16th Floor
Houston, TX 77002

Enerflex Energy System Inc.
CT Corporation System
1999 Bryan Street, #900
Dallas, TX 75201

Harris County
P.O. Box 4049
Houston, TX 77210

Kimberlee Partners, LP
7720 Westview Dr.,
Houston, TX 77055

M&C Pump Americas, LLC
15360 Vantage Parkway West
Houston, TX 77032

MC Wielding & Fabrication, Inc.
Keith McLendon
8337 Up Rive Road
Corpus Christi, TX 78409

Nguyen & Chen, LLP
11200 Westheimer Road, #120
Houston, TX 77042

Pedro R. Martinez
Scott R. Brann
Brann Sullivan
602 Sawyer Street, #700
Houston, TX 77007

Petrofab Management, Inc.
Charles Wist
Wist Holland & Kehlhof
1515 Witte Road, #160
Houston, TX 77080

```
Wield One Service
Jesus Salinas
6702 Providence View Lane
Houston, TX 77049
```



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **M&C Fabrication, L.L.C.**                    CASE NO

                                         CHAPTER   **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                    **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                        **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):                    **$0.00**
    4. Payroll Taxes:                                                   **$0.00**
    5. Unemployment Taxes:                                              **$0.00**
    6. Worker's Compensation:                                           **$0.00**
    7. Other Taxes:                                                     **$0.00**
    8. Inventory Purchases (including raw materials):                   **$0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:                          **$0.00**
    10. Rent (other than debtor's principal residence):                **$0.00**
    11. Utilities:                                                    **$565.00**
    12. Office Expenses and Supplies:                                   **$0.00**
    13. Repairs and Maintenance:                                        **$0.00**
    14. Vehicle Expenses:                                               **$0.00**
    15. Travel and Entertainment:                                       **$0.00**
    16. Equipment Rental and Leases:                                    **$0.00**
    17. Legal/Accounting/Other Professional Fees:                       **$0.00**
    18. Insurance:                                                      **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):               **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):                        **None**
    21. Other (Specify):                                                **None**
    22. Total Monthly Expenses (Add items 3 - 21)                                    **$565.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                  **($565.00)**



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                  §
**M&C Fabrication, L.L.C.**     §
                          §      Case No. _____
                          §
         Debtor(s)      §      Chapter    **7** _____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **9/2/2021** _____    **/s/ Haiqing Mei**    *Haiqing Mei* _____
                          Haiqing Mei
                          President
                          **Complete EIN:  82-3083813** _____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **9/2/2021** _____                     **/s/ Wai Ping Cheung** _____
                                          Wai Ping Cheung, Attorney for Debtor

*HM*