**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

In Re: M&C Fabrication, L.L.C.

**Debtor(s)**

Case No.: 21–32993

Chapter: 7

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/22/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge